Pro Se 14 (INND Rev. 2/20) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-

Richard Lazur,

[You are the PLAINTIFF, print your full name on this line.]

DEC 0 2 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

v.

Sherriff (Lake County),

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 2:24-CV-00309-DRL-SJF

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

— "AMENDED" —

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Sherriff of Lake County Indiana | 2293 N. Main St. Crown Point IN 46307 |
| 2 | [Put the names of any other defendants in these boxes.] Warden / Assistant Dep Warden | ✓ |
| 3 | Lt. Niecy Gore / Classification officer | — |

Grievant Specialist
Sgt. Stozek

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 6

2. What is the name and address of your prison or jail? Lake County Jail. I am currently housed at the Porter County Jail.

3. Did the event you are suing about happen there? ○ Yes. ● No, it happened at: The Lake County Jail

4. On what date did this event occur? Nov. 23 2023 - July 21, 2024

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  **DO NOT**: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

p.1
1. The Lake County Sheriff, the warden, classification officer, Dep. Warden, Lt. Niecy Gore, Sgt. Stozek, and the Grievance Specialist all work at the Lake County Jail for the Lake County Sheriff's Dep. and were "acting under color of law" at the time my incidents occurred from Nov. 23 2023 up until July 30 2024 in which I was a pretrial detainee. I was booked in the jail and given no socks, boxers, or wash cloth to shower with and I wore the same clothing for 2-4 weeks at a time because laundry Department was constantly short on clothing. I put in an electronic request as well as grievances several times. I put in requests to the laundry Dep as well as multiple grievances to Sgt. Stozek whom handles the grievances. The first time I put in a grievance he stated that he had addressed the clothing issue with Lt. Niecy Gore and that if I had another clothing issue to submit another grievance. The matter continued of

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

only getting clean uniforms every 2-4 weeks continued throughout the whole duration of my sentence and I attempted to address the matter again by requests to laundry department and filing more grievances, however the lack of clean uniforms being issued continued. At the same time clean laundry came was the only time I could send my towel and sheet out to cleaning. The dates and times of my grievances and requests are currently unknown as my paper trail would get thrown away when shakedown crew came, but will be made available during discovery. For the whole time I was incarcerated, I might have gotten a clean change of clothing 11-12 times. Lt. Niecy Gore and Sgt Stozek failed to ensure a change of clean clothing forcing me to constantly wear soiled clothing.

p. 2   I could never exercize because I was housed in a cell with 8 bunks taking up most of the cell space leaving approximately 50-60 square feet of space to share with 7 other people with a toilet right in the middle of 4 of the bunks, and going to recreation was impossible because the warden had a policy that if you had no shoes that you ordered from commissary for $20, you couldnt go to recreation. I had no shoes and I couldnt exercize in the dayroom because there was

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ◯ Before I was confined.
   - ⬤ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⬤ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ⬤ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

   grievances are submitted electronically.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   To address their policy-practice-custom of creating a hostile environment by inhumane living conditions. Make clothing available once per week. Make rec available without shoes for exercize. Award $500,000 in damages. $250,000 compensatory $250- punitive damages

[Initial Each Statement]
- R.L  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- R.L  I will keep a copy of this complaint for my records.
- R.L  I will promptly notify the court of any change of address.
- R.L  I WILL NOT send more than one copy of any filing to the court.
- R.L  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- R.L  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 11/25/2024 at 6:00 am/~~pm~~.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____Richard Lazar_____                    _346751_
Signature                                       Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

no room to exercize since the dayrooms have just hardly a little more room than the cells. My section consisted of 4 cells with 2 dayrooms, and with 8 men assigned to each cell for a total of 32 men, their is hardly room to move around let alone exercize. Often there were more than 32 people assigned to my section 3D, as much as 40 with people sleeping under bunks and in the dayroom. When I put in an electronic request to classification as well as to the grievance officer, Sgt Stozek, the response was that it was non-grievable. I developed gynochamastria and my health started to deteriorate. I lost weight and muscle. I also developed high blood pressure and sought mental health care for stress-induced anxiety, depression, and sleep deprivation.

pg 3.    My condition worsened because we were constantly locked down from 10:30 pm until 5:00 A.M. but due to Covid being rampant and staff shortages, we were constantly being locked down for 2-14 days at a time, although even when I was locked in a cell with 7-8 others (sometimes

someone slept under the bunk) due to Covid lockdown, individuals were still being brought in. When I spoke to Lt. Niecy Gore about the overcrowding, she stated the jail was full and there was nothing she could do because all the sections are overcrowded the same. However, administration could have housed the overflow in the new pods because their dayrooms are MUCH Bigger. The tension in the environment was extremely high because ~~I had to constantly~~ I And everyone else had to constantly urinate and deficate openly in close small quarters with other inmates present with limited flushes of 2 flushes per hour and if you deficate and somebody else needs to go after you, we must wait an hour to flush so me must inhale the fumes, and also if one has to go I have to wait soo long because 8-9 people share one toilet.

pg 4   We/I never got razors at the jail because the C.O.'s would put out a razor list and

whenever I asked for one it fell on deaf ears. I put in a grievance but never got a response and no razors were ever given. I got one toilet paper roll a week with apprx. 100 small squares (enough to use 3 times) and although I would always ask for more, they never had any extra. I was never able to cut my hair except for 3-4 times because the hair clippers were always broken or we were locked down for the weekend and since clippers only came early in the morning on Sat. and Sun. and I was usually locked down "due to shortage of staff." I was rarely able to cut my hair. When I put in electronic requests and grievances, I didnt get an answer back. Lt. Njeay Gore was head of housekeeping and she didnt remedy the situation, nor did Sgt. Stozek or anybody else.

pg 5. I often went days to almost 2 weeks without a hot shower because the hot water was constantly out leaving only cold water. I put in multiple requests and grievances in which it was supposedly being addressed, however this issue continued.

p.6   My section (30) is connected to the hole and the vents go straight through with no circulation and the door is constantly left open and inmates are constantly throwing feces and since CO's are slow to get trustees for cleanup and their is no ventilation. I had to constantly inhale their feces too.

p.7   Commissary costs are extremely high and the meals their are extremely small and since CO's only slide the trays through and not making sure everyone gets a tray, people were constantly taking other people's trays and beating people up for their commissary because there is no surveillance whatsoever in the old jail sections. Even 30. And since classification houses violent offenders with non-violent offenders alike, couple this with all the extreme tension in the environment and you have a violent setting. I am a non-violent offender. The Lake County Jail is located in a high crime rate area.

pg8   Living under these extreme conditions violated my right to due process and my right to equal protection. I endured health problems, loss of weight, stress-induced anxiety, deprivation of sleep, depression, emotional distress, and mental anguish. The Warden and Dep Warden would walk through once every month or 2 and when I attempted to address the issue of overcrowding and conditions, I was told the jail was overcrowded. Nothing was ever done to remedy the conditions of my confinement. The grievance submission box is by electronic grievance in which the Sheriff, Warden, Dep Warden, Lt Niecy Gore, and Sgt. Stozek all have access to and are considered policy-makers. ~~and have an~~

Please grant me a jury trial as I am asking for $500,000 in damages.

The grievance officer as well as Niecy Gore, Classification, Warden, Dep Warden, and the Sheriff failed to address my clothing issue, overcrowding, and conditions within the jail after addressing these issues with them.

$250,000 - Compensatory
$250,000 - Punitive

Richard Lazur